UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN PIMENTAL,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF HAYWARD,<br><br>    Defendant. | Case No.  14-cv-04706-JCS<br><br>**ORDER RE MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>Docket No. 4 |

   Plaintiff has filed a Motion to Proceed in forma pauperis in this civil rights action ("Motion").  In the Motion, he states that he is "currently incarcerated and has been incarcerated for approximately a year."  The form application he has submitted, however, is for "Non-prisoner cases only."  If Plaintiff seeks to proceed in forma pauperis, he must submit the form entitled "Prisoner's Application to Proceed In Forma Pauperis," which is available on the Court's website, http://cand.uscourts.gov, under the "Forms" tab.   In addition, Plaintiff's application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

   **IT IS SO ORDERED.**

Dated: October 27, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge