UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN PIMENTAL,<br><br>    Plaintiff.<br><br>v.<br><br>CITY OF HAYWARD,<br><br>    Defendant. | Case No. 14-cv-04706-JCS<br><br>**ORDER TO SHOW CAUSE AND FURTHER CASE MANAGEMENT ORDER** |

Pursuant to Civil L.R. 16-2, a further case management conference was held on April 3, 2015, before this Court in the above-entitled case. Plaintiff was present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **June 5, 2015, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to prosecute. An updated joint case management conference statement shall be due by May 29, 2015. A further case management conference is also scheduled for **June 5, 2015**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated: April 6, 2015

                                                JOSEPH C. SPERO
                                                United States Magistrate Judge